**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. PO 00-4175-PCT-DKD |
| Plaintiff, | **ORDER** |
| vs. | |
| Henry Curley, | |
| Defendant. | |

The defendant was originally placed on probation by Magistrate Judge Verkamp on December 23, 2003. On August 6, 2005, a Petition for violation of conditions of probation was filed alleging a violation of Standard Condition Nos. 3, 7 and Special Condition No. 4.

On January 10, 2006, the defendant appeared with counsel, Jeffrey A. Williams, and the Government was represented by AUSA Darcy Cerow for a detention hearing. The issue of detention was argued and the defendant was detained pending an Admit/Deny set for January 25, 2006. Defendant admits to violating Special Condition No. 4 as alleged in the Petition. Defendant waives the Presentence Report and agrees to go to final disposition.

It is determined by this Court that the defendant has committed the violation contained in allegation D-Special Condition No. 4.

**IT IS ORDERED** that the defendant's probation is revoked.

**IT IS FURTHER ORDERED** that Defendant Henry Curley is committed to the custody of the Bureau of Prisons for a period of **sixty days with credit for time served from January 5, 2006.**

1   **IT IS FURTHER ORDERED** that the alleged violation of A-Standard Condition No.
2   3, B-Standard Condition No. 3 and C-Standard Condition No. 7 are dismissed.
3       DATED this 26th day of January, 2006.

_____
David K. Duncan
United States Magistrate Judge

- 2 -